United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-10467-elf
James Jackson  Chapter 13
JoAnne Jackson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 05, 2022     Form ID: 138OBJ     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Jackson, JoAnne Jackson, 4210 Elbridge Street, Philadelphia, PA 19135-3102 |
| 13865981 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 14557550 | + | BSI Financial Services, as servicer for US Bank Trust, c/o Lorraine Gazzara Doyle, Esq., 1325 Franklin Avenue, Ste 230, Garden City, NY 11530-1631 |
| 13855007 | + | PNC Bank Credit Card, P.O. Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 13855005 | + | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14027868 | + | US Bank Trust National Association as Trustee, c/o BSI Financial Services, 1425 Greenway Dr., ste 400, Irving TX 75038-2480 |
| 13870490 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 13855014 | + | Wells Fargo, P.O. Box 84712, Sioux Falls, SD 57118-4712 |
| 13855013 | + | Wells Fargo, P.O. Box 5185, Sioux Falls, SD 57117-5185 |
| 13896607 | + | Wells Fargo Bank N A, Wells Fargo Education Financial Services, 301 E 58th Street N, Sioux Falls SD 57104-0422 |
| 13905065 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13863323 | #+ | Wells Fargo Bank, N.A., Attn: Default Document, Processing MAC #N9286-01Y, 1000 Blue Gentian Road,, Eagan, MN 55121-1663 |
| 13861132 | + | Wells Fargo Bank, NA, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 13855015 | + | Wells Fargo Financial National Bank, P.O. Box 10438, Des Moines, IA 50306-0438 |
| 13855016 | | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac#2302-04e- P.O. Box 10335, Des Moines, IA 50306 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 05 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 05 2022 23:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13854998 | + | Email/Text: bankruptcycare@affinityfcu.com | May 05 2022 23:48:00 | Affinity Federal Cre, 73 Mountainview Blvd Bld, Basking Ridge, NJ 07920-2332 |
| 13854999 | + | Email/Text: bankruptcycare@affinityfcu.com | May 05 2022 23:48:00 | Affinity Federal Credit Union, 73 Mountainview Blvd Bld, Basking Ridge, NJ 07920-2332 |
| 13900001 | | Email/PDF: ebn_ais@aisinfo.com | May 05 2022 23:56:12 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13855000 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 05 2022 23:48:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13940556 | | Email/Text: megan.harper@phila.gov | May 05 2022 23:49:00 | City of Philadelphia, Law Department Tax Unit, |

Case 17-10467-elf  Doc 66  Filed 05/07/22  Entered 05/08/22 00:26:46  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2022 | Form ID: 138OBJ | Total Noticed: 44 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13903538 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2022 23:48:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13855001 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2022 23:56:22 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13908429 | + | Email/Text: bankruptcy@cavps.com | May 05 2022 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13855003 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2022 23:48:00 | Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 13855002 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 05 2022 23:56:17 | Chase Card, Attn: Correspondence, P.O. Box 15298, Wilmington, DE 19850 |
| 13901649 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2022 23:49:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13866279 | | Email/PDF: cbp@onemainfinancial.com | May 05 2022 23:56:23 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 13855004 | + | Email/PDF: cbp@onemainfinancial.com | May 05 2022 23:56:17 | Onemain Financial, 475 Bells Hwy, Walterboro, SC 29488-5740 |
| 13855006 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2022 23:48:00 | PNC Bank, Attn: Bankruptcy, 249 5th Ave, Ste 30, Pittsburgh, PA 15222 |
| 13907465 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2022 23:48:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 13924467 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2022 23:56:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13881800 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2022 23:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13890944 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2022 23:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13870555 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2022 23:48:00 | Quantum3 Group LLC as agent for, Second Round LP, PO Box 788, Kirkland, WA 98083-0788 |
| 14215962 | + | Email/Text: bncmail@w-legal.com | May 05 2022 23:49:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13855008 | + | Email/Text: bankruptcy@bbandt.com | May 05 2022 23:48:00 | Sun Trust FSB, P.O. Box 85052, Richmond, VA 23285-5052 |
| 13860303 | + | Email/Text: bankruptcy@bbandt.com | May 05 2022 23:48:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 13855011 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2022 23:56:12 | Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |
| 13855009 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2022 23:56:12 | Synchrony Bank, P.O. Box 965064, Orlando, FL 32896-5064 |
| 13855010 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2022 23:56:23 | Synchrony Bank, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14027868 | + | Email/Text: bankruptcy@bsifinancial.com | May 05 2022 23:48:00 | US Bank Trust National Association as Trustee, c/o BSI Financial Services, 1425 Greenway Dr., ste 400, Irving TX 75038-2480 |
| 13855012 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 05 2022 23:48:00 | US Dept of Ed/Great Lakes Educational, 2401 International, Madison, WI 53704-3121 |

TOTAL: 30

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 05, 2022 | Form ID: 138OBJ | Total Noticed: 44 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor JoAnne Jackson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor James Jackson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  NA paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association  as Trustee of the Igloo Series III Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank  NA tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James Jackson and JoAnne Jackson
　　　　Debtor(s)

Case No: 17−10467−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

　　　　　　　　900 Market Street
　　　　　　　　Suite 400
　　　　　　　　Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/5/22

65 − 54
Form 138OBJ